# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David D. Douglas                                          CHAPTER 13
       Autumn N. Douglas
              Debtor(s)                                BKY. NO. 20-70304 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JP MORGAN CHASE BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                Respectfully submitted,

                **/s/James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                jwarmbrodt@kmllawgroup.com