FILED
6/29/20 7:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| **David D. Douglas and Autumn N. Douglas,** | : | Bankruptcy No. 20-70304-JAD |
| Debtors | : | Chapter 13 |
| **David D. Douglas and Autumn N. Douglas,** | : | Related to Doc. No. 12 |
| Movants | : | |
| vs. | : | |
| **Ronda J. Winnecour** Esquire Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this <u>29th</u> day of <u>June</u>, 2020, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file their Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including July 10, 2020.

BY THE COURT:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

mas

CASE ADMINISTRATOR SHALL SERVE:
David D. and Autumn N. Douglas
Lawrence W. Willis, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-70304-JAD
David D Douglas                                                       Chapter 13
Autumn N Douglas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: culy              Page 1 of 1           Date Rcvd: Jun 29, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db/jdb        +David D Douglas,   Autumn N Douglas,   266 France St,   Sproul, PA 16682-8106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Lawrence W. Willis    on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5