IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-70304-JAD |
| | : | |
| DAVID D. DOUGLAS AND | : | CHAPTER 13 |
| AUTUMN N. DOUGLAS, | : | |
| DEBTORS | : | |
| | : | RELATED TO DOCUMENT NO. 5 |
| DAVID D. DOUGLAS AND | : | |
| AUTUMN N. DOUGLAS, | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | July 15, 2020 at 10:00 AM |
| vs. | : | |
| | : | |
| AES, | : | |
| CAPITAL ONE, | : | |
| CHASE MORTGAGE, | : | |
| CITI, | : | |
| COLLECTION SERVICE, | : | |
| COMENITY BANK, | : | |
| CREDIT CONTROL, | : | |
| CREDIT MANAGEMENT, | : | |
| DEPT OF EDUCATION, | : | |
| DISCOVER FINANCIAL, | : | |
| FIRST COMMONWEALTH, | : | |
| FIRST NATIONAL BANK, | : | |
| GBS, | : | |
| NASON MEDICAL CENTER, | : | |
| SEARS, | : | |
| SYNCB, | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO EXTEND AUTOMATIC STAY FILED AT DOCKET NO. 5

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay filed on June 17, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 6, 2020

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

| | |
|---|---|
| Dated: <u>July 7, 2020</u> | By: <u>/s/ Lawrence Willis Esquire</u> |
| | Lawrence W Willis, Esquire |
| | PA I.D. # 85299 |
| | Willis & Associates |
| | 201 Penn Center Blvd |
| | Pittsburgh, PA 15235 |
| | Tel: 412.235.1721 |
| | Fax: 412.542.1704 |
| | lawrencew@urfreshstrt.com |