# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-70304-JAD |
| | : | |
| DAVID D. DOUGLAS AND | : | CHAPTER 13 |
| AUTUMN N. DOUGLAS, | : | |
| DEBTORS | : | |
| | : | RELATED TO DOCUMENT NO. 5 |
| DAVID D. DOUGLAS AND | : | |
| AUTUMN N. DOUGLAS, | : | |
| MOVANTS | : | HEARING DATE & TIME: |
| | : | July 15, 2020 at 10:00 AM |
| vs. | : | |
| | : | |
| AES, | : | |
| CAPITAL ONE, | : | |
| CHASE MORTGAGE, | : | |
| CITI, | : | |
| COLLECTION SERVICE, | : | |
| COMENITY BANK, | : | |
| CREDIT CONTROL, | : | |
| CREDIT MANAGEMENT, | : | |
| DEPT OF EDUCATION, | : | |
| DISCOVER FINANCIAL, | : | |
| FIRST COMMONWEALTH, | : | |
| FIRST NATIONAL BANK, | : | |
| GBS, | : | |
| NASON MEDICAL CENTER, | : | |
| SEARS, | : | |
| SYNCB, | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | **ENTERED BY DEFAULT** |

## ORDER

**AND NOW**, on this __7th__ day of __July__, 2020, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

FILED
7/7/20 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-70304-JAD
David D Douglas                                                     Chapter 13
Autumn N Douglas
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7              User: dsaw                Page 1 of 1              Date Rcvd: Jul 07, 2020
                                Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db/jdb         +David D Douglas,    Autumn N Douglas,    266 France St,    Sproul, PA 16682-8106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Lawrence W. Willis    on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                TOTAL: 5