# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **David D Douglas, Autumn N Douglas**
Debtor(s)

Case No. **20-70304**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **David D Douglas**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Autumn N Douglas**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **July 12, 2020**    Signature **/s/ David D Douglas**
David D Douglas
Debtor

Date **July 12, 2020**    Signature **/s/ Autumn N Douglas**
Autumn N Douglas
Joint Debtor

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

Pay Period: 05/23/2020 - 06/05/2020

Deposit Date: 06-11-2020
Advice # 527333187

PAID TO
**DAVID D DOUGLAS**                $709.29

266 FRANCE ST          PENNA STATE EMPL    CHECK DEPOSIT    xxxxxxx3095    $709.29
SPROUL, PA 16682       CU

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

PTO    HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.83 | $11.0000 | $790.13 | $3,629.01 |
| OVERTIME EARN | 0.84 | $16.5000 | $13.86 | $31.69 |
| WRKDHRS | 72.67 | | | |
| Total | | | $803.99 | $3,660.70 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $0.00 | $10.00 |
| Total | $0.00 | $10.00 |

CATEGORY
Pay Category    Hourly

FEDERAL TAX WITHHOLDING
Tax Method    Married
Exemptions    0
Additional Withholding    $0.00

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| SOCIAL SECURITY | $49.84 | $226.96 |
| MEDICARE | $11.66 | $53.08 |
| PENNSYLVANIA | $24.68 | $112.38 |
| PA LOCAL TAX | $8.04 | $33.60 |
| SUI | $0.48 | $2.19 |
| Total | $94.70 | $428.21 |

STATE TAX WITHHOLDING
Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $709.29 | $3,222.49 |

All Material Walmart Confidential. © 2020

Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

Pay Period: 05/09/2020 - 05/22/2020



Deposit Date: 05-28-2020
Advice # 525873907

PAID TO
**DAVID D DOUGLAS**  $695.60

266 FRANCE ST
SPROUL, PA 16682

PENNA STATE EMPL CU  CHECK DEPOSIT  xxxxxxx3095  $695.60

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.11 | $11.0000 | $782.21 | $2,838.88 |
| OVERTIME EARN | 0.38 | $16.5000 | $6.27 | $17.83 |
| WRKDHRS | 71.49 | | | |
| Total | | | $788.48 | $2,856.71 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $0.00 | $10.00 |
| Total | $0.00 | $10.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| SOCIAL SECURITY | $48.89 | $177.12 |
| MEDICARE | $11.43 | $41.42 |
| PENNSYLVANIA | $24.21 | $87.70 |
| PA LOCAL TAX | $7.88 | $25.56 |
| SUI | $0.47 | $1.71 |
| Total | $92.88 | $333.51 |

**CURRENT PAY OVERVIEW**

PTO  HRS

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**
| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**
| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $695.60 | $2,513.20 |

All Material Walmart Confidential. © 2020

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 04/25/2020 - 05/08/2020**

Deposit Date: 05-14-2020
Advice # 524418694

PAID TO
**DAVID D DOUGLAS**  $777.07

266 FRANCE ST
SPROUL, PA 16682

PENNA STATE EMPL CU   CHECK DEPOSIT   xxxxxxx3095   $777.07

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

PTO   HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 79.67 | $11.0000 | $876.37 | $2,056.67 |
| OVERTIME EARN | 0.27 | $16.5000 | $4.46 | $11.56 |
| WRKDHRS | 79.94 | | | |
| Total | | | $880.83 | $2,068.23 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $0.00 | $10.00 |
| Total | $0.00 | $10.00 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| SOCIAL SECURITY | $54.61 | $128.23 |
| MEDICARE | $12.77 | $29.99 |
| PENNSYLVANIA | $27.04 | $63.49 |
| PA LOCAL TAX | $8.81 | $17.68 |
| SUI | $0.53 | $1.24 |
| Total | $103.76 | $240.63 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $777.07 | $1,817.60 |

All Material Walmart Confidential © 2020

Statement of Earnings and Deductions.

Wal-Mart Associate., Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

Pay Period: 04/11/2020 - 04/24/2020



Deposit Date: 04-30-2020
Advice # 523000182

PAID TO
DAVID D DOUGLAS                          $782.60

266 FRANCE ST         PENNA STATE EMPL   CHECK DEPOSIT    xxxxxxx3095    $782.60
SPROUL, PA 16682      CU

THIS IS NOT A REAL CHECK

CURRENT PAY OVERVIEW

PTO         HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 80.00 | $11.0000 | $880.00 | $1,180.30 |
| OVERTIME EARN | 0.43 | $16.5000 | $7.09 | $7.10 |
| WRKDHRS | 80.43 | | | |
| Total | | | $887.10 | $1,187.40 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $0.00 | $10.00 |
| Total | $0.00 | $10.00 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

FEDERAL TAX WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| SOCIAL SECURITY | $55.00 | $73.62 |
| MEDICARE | $12.87 | $17.22 |
| PENNSYLVANIA | $27.23 | $36.45 |
| PA LOCAL TAX | $8.87 | $8.87 |
| SUI | $0.53 | $0.71 |
| Total | $104.50 | $136.87 |

STATE TAX WITHHOLDING

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $782.60 | $1,040.53 |

All Material Walmart Confidential. © 2020

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 03/28/2020 - 04/10/2020**

Deposit Date: 04-16-2020
Advice # 521592736

PAID TO
**DAVID D DOUGLAS**                          **$257.93**

266 FRANCE ST           PENNA STATE EMPL    CHECK DEPOSIT    xxxxxxx3095    $257.93
SPROUL, PA 16682        CU

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

PTO         HRS

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 27.30 | $11.0000 | $300.30 | $300.30 |
| WRKDHRS | 27.30 | | | |
| Total | | | $300.30 | $300.30 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $10.00 | $10.00 |
| Total | $10.00 | $10.00 |

**CATEGORY**
Pay Category    Hourly

**FEDERAL TAX WITHHOLDING**
Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| SOCIAL SECURITY | $18.62 | $18.62 |
| MEDICARE | $4.35 | $4.35 |
| PENNSYLVANIA | $9.22 | $9.22 |
| SUI | $0.18 | $0.18 |
| Total | $32.37 | $32.37 |

**STATE TAX WITHHOLDING**
Tax Method    Single
Exemptions    0
Additional Withholding    $0.00

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $257.93 | $257.93 |

All Material Walmart Confidential. © 2020

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☏ 479-273-4000

**Pay Period: 05/09/2020 - 05/22/2020**

Deposit Date: 05-28-2020
Advice # 525873906

PAID TO
**AUTUMN N DOUGLAS**  $475.82

266 FRANCE STREET
SPROUL, PA 16682

PENNA STATE EMPL CU   CHECK DEPOSIT   xxxxxxx3095   $475.82

Please Note: Direct Deposit funds are not available until the Deposit Date listed above on this statement.

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 4.81 |
| PROTPTOUSEDYTD | 2.04 |
| PROTECTED PTO | 14.53 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 39.85 | $11.9400 | $475.81 | $4,745.80 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| PROT PTO USED | | | $0.00 | $23.90 |
| MYSHARE INCT | | | $114.74 | $216.39 |
| PTO PAY | | | $0.00 | $46.53 |
| WRKDHRS | 39.85 | | | |
| Total | | | $590.55 | $5,182.62 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| 401K * | $35.43 | $310.97 |
| PA LST | $0.00 | $10.00 |
| Total | $35.43 | $320.97 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $9.74 | $55.92 |
| SOCIAL SECURITY | $36.61 | $321.32 |
| MEDICARE | $8.56 | $75.15 |
| PENNSYLVANIA | $18.13 | $159.10 |
| PA LOCAL TAX | $5.91 | $51.84 |
| SUI | $0.35 | $3.11 |
| Total | $79.30 | $666.44 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $475.82 | $4,195.21 |

All Material Walmart Confidential. © 2020

## Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 04/25/2020 - 05/08/2020**

Deposit Date: 05-14-2020
Advice # 524418693

PAID TO
**AUTUMN N DOUGLAS**   $235.89

266 FRANCE STREET
SPROUL, PA 16682

PENNA STATE EMPL CU    CHECK DEPOSIT    xxxxxxx3095    $235.89

Please Note: Direct Deposit funds are not available until the Deposit Date listed above on this statement.

THIS IS NOT A REAL CHECK

### CURRENT PAY OVERVIEW



| PTO | HRS |
|---|---|
| PTO AVAILABLE | 4.81 |
| PROTPTOUSEDYTD | 2.04 |
| PROTECTED PTO | 13.60 |

### CATEGORY
| | |
|---|---|
| Pay Category | Hourly |

### FEDERAL TAX WITHHOLDING
| | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

### STATE TAX WITHHOLDING
| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 24.03 | $11.9400 | $286.92 | $4,269.99 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| PROT PTO USED | | | $0.00 | $23.90 |
| MYSHARE INCT | | | $0.00 | $101.65 |
| PTO PAY | | | $0.00 | $46.53 |
| WRKDHRS | 24.03 | | | |
| Total | | | $286.92 | $4,592.07 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| 401K * | $17.22 | $275.54 |
| PA LST | $0.00 | $10.00 |
| Total | $17.22 | $285.54 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $0.00 | $46.18 |
| SOCIAL SECURITY | $17.79 | $284.71 |
| MEDICARE | $4.17 | $66.59 |
| PENNSYLVANIA | $8.81 | $140.97 |
| PA LOCAL TAX | $2.87 | $45.93 |
| SUI | $0.17 | $2.76 |
| Total | $33.81 | $587.14 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $235.89 | $3,719.39 |

All Material Walmart Confidential. © 2020

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 04/11/2020 - 04/24/2020**

Deposit Date: 04-30-2020
Advice # 523000181

PAID TO
**AUTUMN N DOUGLAS**                                        **$431.72**

266 FRANCE STREET          PENNA STATE EMPL    CHECK DEPOSIT    xxxxxxx3095    $431.72
SPROUL, PA 16682           CU

THIS IS NOT A REAL CHECK



**CURRENT PAY OVERVIEW**



| PTO | HRS |
|---|---|
| PTO AVAILABLE | 4.81 |
| PROTPTOUSEDYTD | 2.04 |
| PROTECTED PTO | 13.03 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 39.84 | $11.9400 | $475.69 | $3,983.07 |
| LUMP SUM HRLY | | | $0.00 | $150.00 |
| PROT PTO USED | | | $0.00 | $23.90 |
| MYSHARE INCT | | | $54.30 | $101.65 |
| PTO PAY | | | $0.00 | $46.53 |
| WRKDHRS | 39.84 | | | |
| Total | | | $529.99 | $4,305.15 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| 401K * | $31.80 | $258.32 |
| PA LST | $0.00 | $10.00 |
| Total | $31.80 | $268.32 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

**FEDERAL TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $4.04 | $46.18 |
| SOCIAL SECURITY | $32.86 | $266.92 |
| MEDICARE | $7.68 | $62.42 |
| PENNSYLVANIA | $16.27 | $132.16 |
| PA LOCAL TAX | $5.30 | $43.06 |
| SUI | $0.32 | $2.59 |
| Total | $66.47 | $553.33 |

**STATE TAX WITHHOLDING**

| Tax Method | Single |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $431.72 | $3,483.50 |

All Material Walmart Confidential. © 2020

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 03/14/2020 - 03/27/2020**

YTD STOCK PURCHASE DEDUCTIONS START OVER THIS PAY PERIOD

CURRENT PAY OVERVIEW

Deposit Date: 04-02-2020
Advice # 520216437

PAID TO
**AUTUMN N DOUGLAS**              $568.97

266 FRANCE STREET          PENNA STATE EMPL    CHECK DEPOSIT    xxxxxxx3095    $568.97
SPROUL, PA 16682           CU
                           Please Note: Direct Deposit funds are not available until the Deposit Date listed above on this statement.

THIS IS NOT A REAL CHECK



| PTO | HRS |
|---|---|
| PTO AVAILABLE | 4.81 |
| PROTPTOUSEDYTD | 2.04 |
| PROTECTED PTO | 11.18 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 47.61 | $11.9400 | $568.46 | $3,024.88 |
| LUMP SUM HRLY | | | $150.00 | $150.00 |
| PROT PTO USED | | | $0.00 | $23.90 |
| MYSHARE INCT | | | $0.00 | $47.35 |
| PTO PAY | | | $0.00 | $46.53 |
| WRKDHRS | 47.61 | | | |
| Total | | | $718.46 | $3,292.66 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| 401K * | $43.11 | $197.57 |
| PA LST | $0.00 | $10.00 |
| Total | $43.11 | $207.57 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $21.76 | $42.14 |
| SOCIAL SECURITY | $44.54 | $204.14 |
| MEDICARE | $10.41 | $47.74 |
| PENNSYLVANIA | $22.06 | $101.08 |
| PA LOCAL TAX | $7.18 | $32.93 |
| SUI | $0.43 | $1.98 |
| Total | $106.38 | $430.01 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $568.97 | $2,655.08 |

All Material Walmart Confidential. © 2020

Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

Pay Period: 03/02/2019 - 03/15/2019

Deposit Date: 03-21-2019
Advice # 482799839

PAID TO
AUTUMN N DOUGLAS                     $661.14

266 FRANCE STREET        PENNA STATE EMPL   CHECK DEPOSIT   xxxxxx3095      $661.14
SPROUL, PA 16682         CU

THIS IS NOT A REAL CHECK



CURRENT PAY OVERVIEW

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 27.90 |
| PROTECTED PTO | 7.18 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

FEDERAL TAX WITHHOLDING
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE TAX WITHHOLDING
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.61 | $11.7200 | $839.27 | $4,868.12 |
| OVERTIME EARN | 0.36 | $17.5800 | $6.33 | $19.94 |
| OVERTIME/INCT | | | $0.00 | $0.03 |
| MYSHARE INCT | | | $0.00 | $194.57 |
| PTO PAY | | | $0.00 | $191.71 |
| WRKDHRS | 71.97 | | | |
| Total | | | $845.60 | $5,274.37 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| 401K * | $50.74 | $316.46 |
| PA LST | $0.00 | $10.00 |
| Total | $50.74 | $326.46 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $34.10 | $223.46 |
| SOCIAL SECURITY | $52.43 | $327.01 |
| MEDICARE | $12.26 | $76.48 |
| PENNSYLVANIA | $25.96 | $161.93 |
| PA LOCAL TAX | $8.46 | $52.75 |
| SUI | $0.51 | $3.16 |
| Total | $133.72 | $844.79 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $661.14 | $4,103.12 |

All Material Walmart Confidential. © 2020