FILED
7/13/20 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>**David Douglas**<br>**Autumn Douglas**<br>　　Debtors<br><br>**David Douglas**<br>　　Movant<br><br>vs.<br><br>**Walmart**<br>**702 SW 8th Street**<br>**Bettonville AR 72716**<br>**Attention: Payroll Administrator,**<br>　　Respondent<br><br>and<br><br>**Ronda J. Winnecour, Trustee,**<br>　　Additional Respondent<br><br>**Social Security No. xxx-xx-1319** | **Bankruptcy No. 20-70304-JAD**<br><br>**Chapter 13**<br><br>**Related To Doc. No. 21**<br><br><br><br><br><br>**Filed Under Local Bankruptcy**<br>**Rule 9013.4 Para. 6(c)** |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s), having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan

　　IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

**Walmart**
**702 SW 8th Street**
**Bentonville AR 72716**

shall deduct from said income the sum of Three Hundred Forty-Eight Dollars ($348.00) bi-weekly (each pay period) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON　AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR, ESQ.
        CHAPTR 13 TRUSTEE WDPA
        POB 84051
        CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Lawrence W Willis, Esquire, Willis & Associates, 201 Penn Center Boulevard, Suite 310, Pittsburgh, PA  15235, (412) 825-5170, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FUTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this <u>13th</u> day of <u>July</u>, 2020.

                                                                             _____
                                                                            Jeffery A. Deller
                                                                            US Bankruptcy Judge