# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **BANKRUPTCY NO. 20-70304-JAD** |
| **David D. Douglas and** | : |
| **Autumn N. Douglas,** | : **CHAPTER 13** |
|         **Debtors** | : |
| ************************************* | : |
| **David D. Douglas,** | : |
| | : **RELATED TO DOCUMENT NO. 58** |
|         **Movant** | : |
| | : **HEARING DATE & TIME:** |
| vs. | : **September 30, 2022 at 11:00 AM** |
| | : |
| **Ronda J. Winnecour, Esquire,** | : |
| **Chapter 13 Trustee,** | : |
|         **Respondent** | : |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION TO EMPLOY SPECIAL COUNSEL FILED AT DOCKET NO. 58

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel filed on September 3, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 20, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>September 21, 2022</u>　　　　　　　　　　By: <u>/s/ Lawrence Willis Esquire</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Lawrence W Willis, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 85299
　　　　　　　　　　　　　　　　　　　　　　　　　Willis & Associates
　　　　　　　　　　　　　　　　　　　　　　　　　201 Penn Center Blvd
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 412.235.1721
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 412.542.1704
　　　　　　　　　　　　　　　　　　　　　　　　　lawrencew@urfreshstrt.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors