

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

November 29, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Western Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RE: David D. Douglas
SSN: XXX-XX-1319
BANKRUPTCY CASE#: 20-70304-JAD

Dear Clerk:

Please withdraw claim #4 filed by Educational Credit Management Corporation (ECMC) in the amount of $6,948.23 filed on June 30, 2020. This debt has been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 5509.

Sincerely,

Debra Wilcoxson
Operations Specialist Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408