**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br><br>     Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>          Movant<br>     vs.<br>FIRST COMMONWEALTH BANK(*)<br><br>     Respondents | Case No. 20-70304JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

VEHICLE TOTALED

| | |
|---|---|
| FIRST COMMONWEALTH BANK(*)<br>POB 400*<br>INDIANA, PA 15701 | Court claim# 6/Trustee CID# 4 |

The Movant further certifies that on 07/20/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DAVID D DOUGLAS, AUTUMN N DOUGLAS, 266 FRANCE ST, SPROUL, PA 16682 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>FIRST COMMONWEALTH BANK(*), POB 400*, INDIANA, PA  15701 | :<br>PRESTON D JAQUISH ESQ, MCGRATH MCCALL PC, FOUR GATEWAY CENTER STE 1040, 444 LIBERTY AVE, PITTSBURGH, PA  15222 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MCGRATH MCCALL PC, FOUR GATEWAY CENTER STE 1040, 444 LIBERTY AVE, PITTSBURGH, PA  15222<br><br>NEW CREDITOR: | |