IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
David D Douglas, and  
Autumn N Douglas,  
    Debtor(s).

CASE NO. 20-70304-JAD

Chapter 13

Ronda J. Winnecour, Trustee,  
    Movant(s),  
vs.  
David D Douglas, and  
Autumn N Douglas, Respondent(s).

### CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF VEHICLE INSURANCE PROCEEDS

WHEREAS, the Trustee is in receipt of $1,634.68 (the "Insurance Proceeds") posted on 8/3/23, which represents the net insurance proceeds paid on the loss of the Debtors' 2011 CHEVROLET IMPALA;

WHEREAS, the Trustee is advised that the secured lender, i.e., FIRST COMMONWEALTH BANK (CI #6) (the "Creditor") has been paid its full secured claim and has or will issue title in accordance with the requirements of the insurance company;

WHEREAS, the Debtor(s) have sufficient (d)(5) exemptions to exempt the full amount of the Insurance Proceeds;

AND now, the Trustee, Debtor(s), and Creditor (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1) The secured claim of FIRST COMMONWEALTH BANK (CI #6) is deemed paid in full and Trustee shall close off the payment record on her system;
(2) Debtor(s) shall be deemed to have claimed a (d)(5) exemption in the Insurance Proceeds, which amount shall reduce the remaining available (d)(5) exemption(s), and the Insurance Proceeds shall be applied to the Debtor(s) Plan as a plan payment without adjustment to the plan base.

So Ordered, this _____ day of _____, 20____.

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Lawrence W Willis
Lawrence W Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
lawrencew@urfreshstrt.com
Attorney for Debtor(s)

/s/ Preston D. Jaquish
Preston D. Jaquish, Esquire
Four Gateway Center
444 Liberty Avenue, Suite 1040
Pittsburgh, PA 15222
Telephone (412) 281-4333
pjaquish@lenderlaw.com
Attorneys for First Commonwealth Bank