**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                CASE NO. 20-70304-JAD
David D Douglas, and
Autumn N Douglas,                                     Chapter 13                FILED
    Debtor(s).                                                              9/28/23 12:47 pm
                                                                                CLERK
Ronda J. Winnecour, Trustee,                          Doc. #  74               U.S. BANKRUPTCY
    Movant(s),                                                              COURT - WDPA
vs.
David D Douglas, and
Autumn N Douglas, Respondent(s).

<u>**CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF VEHICLE
INSURANCE PROCEEDS**</u>

    WHEREAS, the Trustee is in receipt of $1,634.68 (the "Insurance Proceeds") posted on 8/3/23, which represents the net insurance proceeds paid on the loss of the Debtors' 2011 CHEVROLET IMPALA;

    WHEREAS, the Trustee is advised that the secured lender, i.e., FIRST COMMONWEALTH BANK (Cl #6) (the "Creditor") has been paid its full secured claim and has or will issue title in accordance with the requirements of the insurance company;

    WHEREAS, the Debtor(s) have sufficient (d)(5) exemptions to exempt the full amount of the Insurance Proceeds;

    AND now, the Trustee, Debtor(s), and Creditor (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1)    The secured claim of FIRST COMMONWEALTH BANK (Cl #6) is deemed paid in full and Trustee shall close off the payment record on her system;

(2)    Debtor(s) shall be deemed to have claimed a (d)(5) exemption in the Insurance Proceeds, which amount shall reduce the remaining available (d)(5) exemption(s), and the Insurance Proceeds shall be applied to the Debtor(s) Plan as a plan payment without adjustment to the plan base.

So Ordered, this __28th__ day of __September_____, __2023__.

                                          jsf
                          U.S. Bankruptcy Judge
                           Jeffery A. Deller

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Lawrence W Willis
Lawrence W Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
lawrencew@urfreshstrt.com
**Attorney for Debtor(s)**

/s/ Preston D. Jaquish
Preston D. Jaquish, Esquire
Four Gateway Center
444 Liberty Avenue, Suite 1040
Pittsburgh, PA 15222
Telephone (412) 281-4333
pjaquish@lenderlaw.com
**Attorneys for First Commonwealth Bank**

Page **2** of **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:

David D Douglas

Autumn N Douglas

    Debtors

Case No. 20-70304-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David D Douglas, Autumn N Douglas, 266 France St, Sproul, PA 16682-8106 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| sp | + | James A. Garver, Edgar Snyder & Associates, U.S. Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ECMCBKNotices@ecmc.org | Sep 29 2023 01:13:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services, LLC as Subservicer i |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |

District/off: 0315-7                                        User: auto                                        Page 2 of 2
Date Rcvd: Sep 28, 2023                                  Form ID: pdf900                                  Total Noticed: 4

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Lawrence W. Willis
    on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7