UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　　Movant<br>　　vs.<br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br>　　　　Respondent(s) | Case No. 20-70304JAD<br>Chapter 13<br>Document #_____ |

## REPLY TO TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

　　The Debtors through counsel respectfully represent the following:

1. The debtor(s)' have cured the material default, in that the payments required by the plan have not been made.

2. The payment is $4726 in arrears, including payment due for the month of October 2024 has been made. (See attached)

　　WHEREFORE, the Debtor requests that this case not be dismissed.

10/28/2024　　　　　　　　　　　　　　　　　/s/ Lawrence Willis Esq
　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE W WILLIS ESQ
　　　　　　　　　　　　　　　　　　　　　　　PA 85299
　　　　　　　　　　　　　　　　　　　　　　　WILLIS & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　　　201 PENN CENTER BLVD STE 310
　　　　　　　　　　　　　　　　　　　　　　　PITTSBURGH, PA 15235

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　　Movant<br>　　vs.<br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br>　　　　Respondent(s) | Case No. 20-70304JAD<br>Chapter 13<br><br>Related to Document No._____ |

**<u>EXHIBIT</u>**



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  
DAVID D DOUGLAS  
AUTUMN N DOUGLAS  
         Debtor(s)  
Ronda J. Winnecour, Trustee  
         Movant  

Case No. 20-70304JAD  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, a copy of reply and exhibits was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.:

DAVID D DOUGLAS  
AUTUMN N DOUGLAS  
266 FRANCE ST  
SPROUL, PA 16682  

CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA 15219  

10/28/2024                                                     /s/ Lawrence Willis

LAWRENCE W WILLIS ESQ WILLIS & ASSOCIATES  
201 PENN CENTER BLVD STE 310  
PITTSBURGH, PA 15235