IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br><br>Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant,<br>Vs.<br><br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br>Respondent(s) | Case No.:20-70304-JAD<br><br>Chapter 13<br><br><br><br>Related Document No.: 79  and 84 |

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on October 7, 2024 (document no. 79) is hereby WITHDRAWN.

Respectfully submitted,

11-4-2024
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

FILED
11/4/24 8:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

11/4/2024

SO ORDERED.

Jeffery A. Deller
U.S. Bankruptcy Judge

sjk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70304-JAD |
| David D Douglas | Chapter 13 |
| Autumn N Douglas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7                         User: auto                         Page 1 of 2
Date Rcvd: Nov 04, 2024                      Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David D Douglas, Autumn N Douglas, 266 France St, Sproul, PA 16682-8106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Lawrence Willis | on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Nov 04, 2024 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 6