# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re: David D Douglas　　　　　　　　　　　　　　　　　　Case # 20-70304
　　　　Autumn N Douglas

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Claim # 9

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

　　PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding, Llc, hereby withdraws Proof of Claim number 9 dated July 15, 2020.

Dated: March 10, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ Angela Walmsley
　　　　　　　　　　　　　　　　　　　　　Lead Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　　　　Midland Credit Management, Inc.
　　　　　　　　　　　　　　　　　　　　　PO Box 2037
　　　　　　　　　　　　　　　　　　　　　Warren, MI 48090
　　　　　　　　　　　　　　　　　　　　　Phone: 877-495-2902
　　　　　　　　　　　　　　　　　　　　　Fax: 866-818-1718
　　　　　　　　　　　　　　　　　　　　　Email: bankruptcydm@mcmcg.com