**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DAVID D DOUGLAS<br>  AUTUMN N DOUGLAS<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>        Movant<br>        vs.<br>  DAVID D DOUGLAS<br>  AUTUMN N DOUGLAS<br><br>        Respondents | Case No. 20-70304-JAD<br><br><br>Chapter 13<br><br>Related to<br>Document No. ___94___ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___2nd___ day of ___July___, 2025, it is hereby ORDERED, ADJUDGED, and DECREED that,

        Rolling Frito Lay Sales
        Attn: Payroll Manager
        7701 Legacy Dr
        Plano, TX 75024

is hereby ordered to immediately terminate the attachment of the wages of DAVID D DOUGLAS, social security number XXX-XX-1319. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID D DOUGLAS.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
7/2/25 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70304-JAD |
| David D Douglas | Chapter 13 |
| Autumn N Douglas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: auto        Page 1 of 2
Date Rcvd: Jul 02, 2025        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + David D Douglas, Autumn N Douglas, 266 France St, Sproul, PA 16682-8106

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
     on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Gary W. Darr
     on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Lawrence Willis
     on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
     on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Jul 02, 2025 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6