# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70304-JAD |
| | : | |
| David D. Douglas and | : | Chapter No. 13 |
| Autumn N. Douglas, | : | |
| Debtors | : | Docket No. 103 |
| | : | Related to Docket No. 102 |
| | : | |
| Lawrence W. Willis, Esquire/ | : | Hearing Date and Time: |
| Willis & Associates LLC, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm of Willis & Associates, certify that I served or caused to be served, a copy of the above Order Granting request to Restrict public Access filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Respectfully submitted,

Dated: July 15, 2025

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors.com
Attorney for Debtors

## **MATRIX**

RONDA J. WINNECOUR, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
3250 SUITE USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

David & Autumn Douglas
266 France Street
Sproul, PA 16682

James A. Garver, Esquire
Edgar Snyder & Assoc.
US Steel Tower, 10th Floor
600 Grant Street
Pittsburgh, PA 15219

Aes/pheaafrn
Pob 61047
Harrisburg, PA 17106

Aes/pnc Natl City
Po Box 61047
Harrisburg, PA 17106

Capital One
15000 Capital One Dr
Richmond, VA 23238

Chase Mtg
Po Box 24696
Columbus, OH 43224

Citi/cbna
Po Box 6497
Sioux Falls, SD 57117

Collection Service Cen
250 Mt Lebanon Blvd
Pittsburgh, PA 15122

Comenitybk/vcf
Po Box 182789
Columbus, OH 43218

Credit Control Collect
2410 Broad Ave
Altoona, PA 16601

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

First Commonwealth Ban
601 Philadelphia St
Indiana, PA 15701

First Commonwealth Bank
601 Philadelphia St
Indiana, PA 15701

First Natl Bk Of Pa
1 Fnb Blvd
Hermitage, PA 16148

Gbs/first Electronic B
Po Box 4499
Beaverton, OR 97076

Nason Medical Center
105 Nason Drive
Roaring Spring, PA 16673

Powell Rogers & Speaks
1 Fisher St
Halifax, PA 17032

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Syncb/dks
Po Box 965005
Orlando, FL 32896