Certificate Number: 05781-PAW-DE-039971680

Bankruptcy Case Number: 20-70304



05781-PAW-DE-039971680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 12, 2025</u>, at <u>12:49</u> o'clock <u>PM PDT</u>, <u>David Douglas</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>August 12, 2025</u>         By:  <u>/s/Allison M Geving</u>

                                     Name:  <u>Allison M Geving</u>

                                     Title:  <u>President</u>