Certificate Number: 05781-PAW-DE-039971681

Bankruptcy Case Number: 20-70304



05781-PAW-DE-039971681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2025, at 12:49 o'clock PM PDT, Autumn Douglas completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 12, 2025           By:   /s/Allison M Geving

                                  Name: Allison M Geving

                                  Title: President