**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID D DOUGLAS<br>AUTUMN N DOUGLAS<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:20-70304 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/16/2020 and confirmed on 8/14/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,540.64 |
| Less Refunds to Debtor | 282.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,258.64 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 2,859.48 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,359.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 29,793.68 | 0.00 | 29,793.68 |
|     Acct: 6618 | | | | |
|   JPMORGAN CHASE BANK NA | 6,459.28 | 6,459.28 | 0.00 | 6,459.28 |
|     Acct: 6618 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 4,119.37 | 4,119.37 | 680.74 | 4,800.11 |
|     Acct: 7815 | | | | |
| | | | | 41,053.07 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID D DOUGLAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID D DOUGLAS | 282.00 | 282.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX3/25 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 6,369.72 | 3,898.74 | 0.00 | 3,898.74 |
|     Acct: 6615 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1319 | | | | |
|   GECRB/ASHLEY FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING LLC | 1,940.93 | 1,187.99 | 0.00 | 1,187.99 |
|     Acct: 6536 | | | | |
|   MIDLAND FUNDING LLC | 1,301.74 | 796.76 | 0.00 | 796.76 |
|     Acct: 4538 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5789 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HBLU | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HBLU | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HBLU | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HBLU | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HBLU | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5202 | | | | |
| CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7107 | | | | |
| CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7322 | | | | |
| CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0310 | | | | |
| ASHLEY FUNDING SVCS LLC | 62.01 | 37.96 | 0.00 | 37.96 |
| Acct: 0360 | | | | |
| ASHLEY FUNDING SVCS LLC | 85.94 | 52.60 | 0.00 | 52.60 |
| Acct: 0530 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1919 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3748 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8208 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1209 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO I | 1,424.74 | 872.04 | 0.00 | 872.04 |
| Acct: 8606 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWELL ROGERS & SPEAKS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9709 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3579 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4538 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NASON MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,846.09 |

TOTAL PAID TO CREDITORS                                                                47,899.16

|  |  |
|---|---:|
| TOTAL CLAIMED |  |
| PRIORITY | 0.00 |
| SECURED | 10,578.65 |
| UNSECURED | 11,185.08 |

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DAVID D DOUGLAS
   AUTUMN N DOUGLAS
       Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:20-70304 JAD

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70304-JAD |
| David D Douglas | Chapter 13 |
| Autumn N Douglas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David D Douglas, Autumn N Douglas, 266 France St, Sproul, PA 16682-8106 |
| sp | + | James A. Garver, Edgar Snyder & Associates, U.S. Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15264753 | | Ashley Furniture, c/o Resurgent Capital Services, PA Box 10857, Greenville, SC 29603 |
| 15254569 | + | Collection Service Cen, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 15254579 | + | Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 15254580 | + | Powell Rogers & Speaks, 1 Fisher St, Halifax, PA 17032-8845 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15254564 | + | Email/Text: bncnotifications@pheaa.org | Dec 31 2025 23:42:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15254565 | + | Email/Text: bncnotifications@pheaa.org | Dec 31 2025 23:42:00 | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15257849 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2025 23:46:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15254566 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 31 2025 23:46:15 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15274073 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 31 2025 23:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15254567 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 31 2025 23:46:55 | Chase Mtg, Po Box 24696, Columbus, OH 43224-0696 |
| 15254568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 31 2025 23:57:13 | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15254570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2025 23:42:00 | Comenitybk/vcf, Po Box 182789, Columbus, OH 43218-2789 |
| 15254572 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 31 2025 23:43:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15254573 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 31 2025 23:42:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15254574 | + | Email/Text: mrdiscen@discover.com | Dec 31 2025 23:42:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 20-70304-JAD  Doc 119  Filed 01/02/26  Entered 01/03/26 00:29:14  Desc
Imaged Certificate of Notice  Page 7 of 8

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15260686 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 31 2025 23:42:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15254575 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 31 2025 23:42:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15265385 | ^ | MEBN | Dec 31 2025 23:39:36 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15254576 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 31 2025 23:42:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15254577 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 31 2025 23:42:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15254578 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 31 2025 23:43:00 | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 15264767 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2025 23:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15266106 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2025 23:42:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15264770 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2025 23:42:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15257080 | | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2025 23:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15254581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 31 2025 23:57:17 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 15254582 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2025 23:46:41 | Syncb/dks, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services, LLC as Subservicer i |
| cr | | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Midland Credit Management, Inc. |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15264751 | *+ | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15264752 | *+ | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15264754 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15264755 | *+ | Chase Mtg, Po Box 24696, Columbus, OH 43224-0696 |
| 15264756 | *+ | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15264757 | *+ | Collection Service Cen, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 15264758 | *+ | Comenitybk/vcf, Po Box 182789, Columbus, OH 43218-2789 |
| 15264759 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15264760 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15264761 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15264762 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15264763 | *+ | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15264764 | *+ | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15264765 | *+ | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15264766 | *+ | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 15264768 | *+ | Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |

| | | |
|---|---|---|
| 15264769 | *+ | Powell Rogers & Speaks, 1 Fisher St, Halifax, PA 17032-8845 |
| 15264771 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 15264772 | *+ | Syncb/dks, Po Box 965005, Orlando, FL 32896-5005 |
| 15254571 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

TOTAL: 3 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Lawrence Willis | on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7