<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | David D Douglas | | Social Security number or ITIN   xxx–xx–1319 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Autumn N Douglas | | Social Security number or ITIN   xxx–xx–6615 |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–70304–JAD

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David D Douglas                      Autumn N Douglas

_3/3/26_                             **By the court:** <u>Jeffery A. Deller</u>
                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70304-JAD |
|---|---|
| David D Douglas | Chapter 13 |
| Autumn N Douglas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David D Douglas, Autumn N Douglas, 266 France St, Sproul, PA 16682-8106 |
| sp | + | James A. Garver, Edgar Snyder & Associates, U.S. Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15264753 | | Ashley Furniture, c/o Resurgent Capital Services, PA Box 10857, Greenville, SC 29603 |
| 15254569 | + | Collection Service Cen, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 15254579 | + | Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 15254580 | + | Powell Rogers & Speaks, 1 Fisher St, Halifax, PA 17032-8845 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15254564 | + | Email/Text: bncnotifications@pheaa.org | Mar 04 2026 00:35:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15254565 | + | Email/Text: bncnotifications@pheaa.org | Mar 04 2026 00:35:00 | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15257849 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15254566 | | EDI: CAPITALONE.COM | Mar 04 2026 05:26:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15274073 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 04 2026 00:34:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15254567 | + | EDI: JPMORGANCHASE | Mar 04 2026 05:26:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224-0696 |
| 15254568 | + | EDI: CITICORP | Mar 04 2026 05:26:00 | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15254570 | + | EDI: WFNNB.COM | Mar 04 2026 05:26:00 | Comenitybk/vcf, Po Box 182789, Columbus, OH 43218-2789 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 3180W | Total Noticed: 31 |

| 15254572 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 04 2026 00:35:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
|---|---|---|---|
| 15254573 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 04 2026 00:35:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15254574 | + EDI: DISCOVER | Mar 04 2026 05:26:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15260686 | + Email/Text: ECMCBKNotices@ecmc.org | Mar 04 2026 00:35:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15254575 | + Email/Text: SAABankruptcy@fcbanking.com | Mar 04 2026 00:35:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15265385 | ^ MEBN | Mar 04 2026 00:28:06 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15254576 | + Email/Text: SAABankruptcy@fcbanking.com | Mar 04 2026 00:35:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15254577 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 04 2026 00:35:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15254578 | + EDI: PHINGENESIS | Mar 04 2026 05:26:00 | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 15264767 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2026 00:35:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15266106 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2026 00:35:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15264770 | + EDI: Q3G.COM | Mar 04 2026 05:26:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15257080 | EDI: Q3G.COM | Mar 04 2026 05:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15254581 | + EDI: CITICORP | Mar 04 2026 05:26:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 15254582 | + EDI: SYNC | Mar 04 2026 05:26:00 | Syncb/dks, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services, LLC as Subservicer i |
| cr | | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Midland Credit Management, Inc. |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15264751 | *+ | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 15264752 | *+ | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15264754 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15264755 | *+ | Chase Mtg, Po Box 24696, Columbus, OH 43224-0696 |
| 15264756 | *+ | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15264757 | *+ | Collection Service Cen, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 15264758 | *+ | Comenitybk/vcf, Po Box 182789, Columbus, OH 43218-2789 |
| 15264759 | *+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

District/off: 0315-7                          User: auto                          Page 3 of 3

Date Rcvd: Mar 03, 2026                   Form ID: 3180W                  Total Noticed: 31

| | | |
|---|---|---|
| 15264760 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15264761 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15264762 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15264763 | *+ | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15264764 | *+ | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15264765 | *+ | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15264766 | *+ | Gbs/first Electronic B, Po Box 4499, Beaverton, OR 97076-4499 |
| 15264768 | *+ | Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 15264769 | *+ | Powell Rogers & Speaks, 1 Fisher St, Halifax, PA 17032-8845 |
| 15264771 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 15264772 | *+ | Syncb/dks, Po Box 965005, Orlando, FL 32896-5005 |
| 15254571 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

TOTAL: 3 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Denise Carlon
                  on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Gary W. Darr
                  on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Lawrence Willis
                  on behalf of Joint Debtor Autumn N Douglas ecf@westernpabankruptcy.com
                  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
                  on behalf of Debtor David D Douglas ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Matthew Fissel
                  on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                  wbecf@brockandscott.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 7